**Clerk Office, Federal Court 701 Clematis St #453 West Palm Beach, FL  33401**

**Case no. _____      Claim no. 054561608 0101 062  Jury trial Cleveland Clinic Weston**

Charles Rush 3871 N.W. 7th Place Lauderhill, FL. 33311  Date Loss Feb. 10, 2020
            Plaintiff   June 10, 2023           vs.

GEICO General Insurance CO. REGIONAL Office P.O. Box 9091 Macon Ga. 31208-9091 ET AL            Defendants

**Seeking, $10,000,000 million FOR LOSS of Damages head injury, Backs Surgery. Right low rib, left shoulder Jam bills** for loss of fees

**PERSONAL INJURIES § 627.747**

FACTS AND PROOFS

(1)    **STATEMENT OF CLAIM**  Of the Head and Back, date of loss Feb. 10, 2020, Location : 2919 Weston RD. The light was green but everybody was coming

To a stop. I stopped and turn around to talk to Jeffery, about where we going, I

Took my foot off the breaks and turn around and ask Jeffery were we going. He

Just, said keep going. That when Javier ran in the back of my car, my car took off

With him gaining speed and energy. Now with my body turn around I started

Flying backward toward windshield, looking around trying to find something to

Grab a hold. It was 9 ft. till I stop both cars. Look at the windshield, when the sit

Belt' locked hitting me behind my left shoulder. That twisted my body to the right

More than I can turn. No more to the right, my head and neck turning to my left.

When I couldn't turn my head, no more, crackling noise, when on in back of head.

And my body turned more to the right, at the same time, a pop in my back.   1.

Charles Rush 3871 N.W. 7th PL., Lauderhill, FL. 33311 Plaintiff. Sign *Charles Rush*

[FILED BY PCS D.C. DEC 12 2023 ANGELA E. NOBLE CLERK U.S. DIST. CT. S.D. OF FLA. - WPB.]

## Diversity Jurisdiction For Personal injuries

(2)     Jurisdiction for United States Federal under U.S.C. §1332 the Amount in controversy exceed $ 75,000 and the Company GEICO in State GA.

## Facts

(3)     Now there was a Officer Mohammed # 13186 made a U turn and Got behind me first, then got behind Javier, then Javier got behind me, as we all Head to the next light. Everybody came to a complete stop, it's my strong believe Why, he ran in the back of me. Was, so busy watching the police instead of the Road.  See medical bills, and recommendation for Surgery **exhibit A, B, C.**

(4)     Now covid-19 came out just after my accident. That everybody was Dying in all the hospital's, was full of patients, with covid-19 sick and coughing. I decide to hold off with my back and head surgery, till I can get all the covid-19 Shot. But decide to go to Dr. Fidel S. GOLDSON Chiropractor and kept my injuries To myself. At least until I get my full covid-19 shot. Which I did get 3 shots at the End of November 30, 2021. That when Jan. 2022 I start to look to find a surgery Doctor head, middle, and top back. To hold GEICO or some else accountable for Causing my head and backs injuries to demand that the RESPONSIBLE party pay.

## Merits

(5.)     In the beginning my head would get stuck in a downward Position, with my chest tightening as a heart attack is going on. The worst time is When, it goes out when driving. And can't see where am going. **See exhibit D** a MRI Report Dr. Kenneth Fortgang.            2.

**Doctor Bills, and Hospital Bills,** as well as Back surgery and future surgery's.
See exhibit E head, Neurosciences institution report, they refusing to treat me.
*Holly Cross MRI head   Holly Cross Hospital*
And the middle back disk Loose.   **See (D)   MRI report**

### Summary of Argument cases

(6)   SEE Gibson v. Avis Rent-A-Car Systems Inc., 386 So. 2d 520, 522(Fla.1980). Ms. CEVALLOS testified that the collision was caused by Ms. RIDEOUT slamming in Her Truck.

(7).   Weigh and evaluate the evidence, and assign fault taking into Account all of the facts and circumstances of case. With Javier was looking and Riding along, with the Police Officer, Mohammed, watching him instead of the Road, he didn't want, Officer, to get behind him again. That a true fact: And I Wanted, too have a talk, with my passenger, which was sitting in the back sit. I Turn around to talk with my Passenger. It took some time, till he hit us. And Behind, my Bolted down rear bumper, there are Iron Guard, that there, to protect Damage's. **See exhibit F** Pictures of rear bumper Guard. Fact that my foot, was off The brakes, Causes my car to gain", speed and energy from his car, on to my Car, There was about 9' feet between the next Car. My first thought was too put, my Foot back on, Brake and put it to the floor, that just did stop, before hitting the Next car. Causing extra energy that we, was dealing with, for about the next 15 Minutes, Turning my back more to the right, than I could turn. And my head and Neck turning to the left, till cracking in the back of my head causing migraine, that Was hospitalize for 3 days, and a pop in my back. **See exhibit G** Plantation pg (3.)

Hospital, bills. Fact that causes me to delay, my serious injuries, was Covid-19 too

Afraid of seeking any surgery, fear of going, any were till, am fully vaccinate.
Which, was in Nov. 2021

Staying home and taking 800 mg of ibuprofen for my head and back pain.

### Loss Wages

(8)  Loss wages couldn't work with my back and Head pain,

This is my fourth year not working **See loss wages exhibit H** work trailer haven't

Move in 4 years.  And GEICO want to settle on $ 5,000 dollars.

### Facts

(9)      Was trying to find the best neurosurgeon with the latest

Equipment: laser and robotic surgeon Doctor. Everybody want to look at my car

Didn't have bad damages, but Refusing to see the Facts speed and energy that

Can injury, a person, turn around in my sit, the sit belt didn't work properly. It

Turned me more to the right just on energy, and stay on us for 10 to 15 minutes,

After the fact I stop Mind and his Car. No Doctor is going to accept Medicare for

Payments, Not over here, so am Going over Sea's trying a 3rd World Country.

But I can't express COVID- 19 -[play] a big part, why I didn't tried surgery

First, after 3 of my neighbors, death, of Covid-19, work at Hospital. I wasn't

Going: to no hospital. Rap up in the sit belt it threw in door, jam shoulder into the

Door jam.  Sit buckle hit my lower rib bending it into my side.

My car has iron guard I don't have no iron to protect me. The seat belt that

Suppose to stop me, turn around in back the belt didn't work right, lock up on left

Shoulder, back of me, on the left shoulder. The part that suppose to stop me was

In back of me. Didn't stop me in the accident But turn me more than my natural

Range can go. And my head was turning around to the left, when the sit belt lock

Up both turning in the opposite direction. Rap up in belt, threw me in door.

### Medicare Pay Bills

(3)   Medicare agree to pay for any medical bills, that came from this

Accident like All Pro in Hialeah, the Pain Dr., when there 2 times can't talk to no

One about the bill. All Pro in 17779 SW. 2nd St. Pembroke Pines Fla. 33029 -3924

When there 2 times didn't talk To no one, PH 305 946 1995  954 322 1099

(4)   Cora Physical therapy 954 316 1131 they bill is coming,. $ 5,000
(5) Health Diagnostics stand up MRI can't talk to no one. Insurance pay.
(6) A-1 IMAGING $3,165  DR. Desire, Richard
(7) Orthopadic  Dr. John Wilkerson Coral Gables $904.00 + $588.00
(8) Plantation Hospital $4,777
(9) Goldson spine rehab Plantation $ 10,439  HP 954-584-3774
(10)   Humana Medicare  $750.80
(11)   Broward sheriff fire  rescue  $750.80
(12)   Cleveland  Clinic  $ 4,755.67
(13)   Plus Entitled to future medical expenses, loss of income and

Future, Loss of income, loss of future earning capacity, Emotional distress, loss
Consortium, Loss of enjoyment, mental anguish and pain and suffering for the
Rest of my life. As Doctor Basil from Mount Sinai said, that Surgery can go wrong.

Worse than am now, as you can have surgery but you could be paralyzed.

5.

## Facts and Prove

(14) Am afraid Surgery, is Not being able to walk or dead on One side am, thinking that Surgery Is off the table. Unless I can be guaranteed That I can walk, and use hands for Working. Only one other person, that was in The back sit, felt same energy, I felt, that's Jeffery that was sitting in the back. A soft, front sit to fall on and hold on too, I didn't have nothing to hold on too. Even Javier took just as long to get up and get out of his car to look at accident.

(15) (Government came in this case, The Coordination of Benefits and Recovery), (CMS), Centers for Medicare & Medicaid Services. That is Paying part A and B stating they will pay all Doctors and Hospital Bills. But I will have to pay that money back at the end of case. Fact that I, have to pay Back Medicare when this case is settle. **See exhibit( I)**

## Rear End Collision Case With Injures

(16) See Pierce v. Progressive Am Ins. Co. Rear End see Bodiford v. Rollins Fla. dist., court of appeals 5th Dist. 2015 Progressive Insurance. See Ortiz v. Uy, 2020 –CA-002198

(17) The Migraine headaches I tried to settle on $ 50, 000. Nicole Bishop said you didn't have enough Bills, can't hard to spell my name'' thank to Google, and this not going away. Ok I do not want to have no head surgery and But I might, try the upper back, if I can, find a good doctor, but going to cost like a $40,000, Doctors and Hospitals, plus paying back Government, plus court Cost.

6.

(18)   It would be better to settle out of court, and it hard now i can't Remember or keep my mind on nothing long. My car do not have no feeling and You can't Judge on a Accident Till, you been in one. My car made with iron guards, And with my Brakes off, no foot was on the brakes. And turn around in my sit, it's Easy to get seriously injuryed. This is all because Javier, a customer, afraid of the Police. I to, was looking at the police, that normal being a black man, but he white Think, if he was black. And going tell a lie that he was only was going 5mph. That A lie, a person do not be flying backwards, out of the window going 5mph. The truth was more than 30- 40 mph. I know the different between a bump and A hit, That all I can say about this, white young boy afraid of the Police.
 See Doctor Christopher Brown report the only Doctor that look and feel my back.
**see exhibit (J)  Refer to neurosurgery**

Plaintiff Charles Rush 3871 N.W.7th PL

3871 NW.7th Place Ft. Lauderdale, FL. 33311

Sign *Charles Rush*

Defendant: Geico General Insurance Company Regional office P.O. Box 9091 Macon Ga. 31208 -9091  ET-AL

7.

## Cyber Attack Without Prove Warning Notice

(24)   Cyber attack Broward General Hospital records looking at my private

Health Rights, Violates my 4th Amendment, Private Health Right. With my personal

Health of my private parts, it's very embarrassing. **See exhibit K**   That just down

Right fighting dirty, That someone is going in my most embarrassing private parts

And the most embassy information just between any Doctor secrets with his or

Her, and the Patient. A  big Law sue, that is the most high $1,000,000.


Sign


9.

Clerk Office Federal Court 701 Clematis St. #453 West Palm Beach, FL. 33401

Case No._____ Claim no.( 0545616080101062 ) 11/3/2023

Plaintiff

Charles Rush 3871 N.W. 7th Place Ft. Lauderdale, FL. 33311

VS.

Defendants

GEICO General Insurance Co. Regional Office P.O. Box 9091 Macon Ga. 31208 9091    [ET AL]

## § 94:41 Motion For Leave of Absent

Now comes I, Charles Rush moves this Honorable Court for motion for leave of Absent. Too seek over aboard for surgery in a third world Country. For some Surgery over sea. Like I was arguing that no Doctor was going to do surgery of in the United States for only Medicare. Now my head surgery is out of the question. You have to remove the brain, cut the skull to weld the back of skull. But T2 T7 T8 and Left shoulder jam, right lowest rib and some more that left eye and private. So a lot of pain and time is needed, covid-19 to blame.

**Clerk Office Federal Court 701 Clematis St #453 West Palm Beach FL 33401**

**Case #_____    (Claim) no.05456108010162**


Charles Rush 3871 N.W. 7th Place Ft. Lauderdale, FL., 33311     (Plaintiff)

VS

GEICO General Insurance Co. Regional Office P.O. Box 9091 Macon Ga. 31208-9091 Et-AL          (Defendants)


Certificate  of  Service

  I Here Certify that a true and correct copy of the Notice of this case has been File with   Ashley Moody 1515 N Flagler Dr. # 900 West Palm Beach, FL. 33401 and The    (Federal Courts)   This 20th day Nov. 2023



(Defendant)   GEICO Insurance CO. Regional Office P.O. Box 9091 Macon Ga. 31208   9091     ET AL



(Plaintiff)   Charles Rush 3871 N.W. 7th Place FT. Lauderdale, FL. 33311


Sign *Charles Rush*

8.