UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-CV-62342-ROSENBERG

CHARLES RUSH,

    Plaintiff,

v.

GEICO GENERAL INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

**THIS CAUSE** is before the Court upon Defendant GEICO General Insurance Company's ("GEICO General") Motion to Dismiss. DE 14.  In the Motion, GEICO General claims that it was not properly served by *pro se* Plaintiff Charles Rush because he served the wrong address for GEICO General's registered agent and improperly served a Post Office box. *Id.* at 3.  Plaintiff had until January 30, 2024, to file a response to this Motion, but no response appears on file.  Instead, on January 29, 2024, Plaintiff filed a unilateral proposed trial order. DE 18.  The Court deems Defendant's Motion to Dismiss granted by default pursuant to Local Rule 7.1(c).

The Court also notes that Plaintiff's Certificate of Service, DE 8, is insufficient; pursuant to Federal Rules of Civil Procedure Rule 4(l), unless service is waived by a defendant, proof of service "must be by [a] [process] server's affidavit," not a letter from Plaintiff.  The Clerk of the Court communicated to Plaintiff, DE 10, that he had not provided proper proof of service.

It is therefore **ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss, DE 14, is **GRANTED**.  Pursuant to the Federal Rules of Civil Procedure Rule 4(m), Plaintiff has until March 11, 2024 to properly serve Defendant GEICO General.  If Plaintiff does not serve Defendant by this date, the Court may dismiss his Complaint.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 2nd day of February, 2024.

Copies furnished to:  
Counsel of record

_____  
ROBIN L. ROSENBERG  
UNITED STATES DISTRICT JUDGE